**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 0:17-cv-62371-UU

SCHOOL BOARD OF BROWARD COUNTY,
FLORIDA,

       Plaintiff,

v.

C.B. individually and as parent of J.A.B.,
a minor,

       Defendant.

_____/

**FINAL JUDGEMENT**

    Pursuant to Federal Rule of Civil Procedure 58, this Court's Order on Plaintiff's Motion

for Judgment on the Record and Summary Judgment in favor of Plaintiff  and for good cause

shown, it is hereby

    ORDERED AND ADJUDGED that a FINAL JUDGMENT is entered for Plaintiff

School Board of Broward County Florida and against Defendant C.B. as to:

    (1)      Plaintiff's claim that Administrative Law Judge Jessica E. Varn lacked jurisdiction to award attorneys' fees in her Order on Attorneys' Fees, D.E. 1-2;

    (2)      Defendant's First and Second Affirmative Defenses, D.E. 6;

    (3)      Defendant's First and Second Counterclaims, D.E. 6;[1]

    DONE AND ORDERED in Chambers at Miami, Florida, this _10th_ day of July, 2018.

_Ursula Ungaro_
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record

---

[1] As the Court noted in its Order on Plaintiff's Motion for Judgment on the Record and Motion for Summary Judgment, although judgment is being entered on Defendant's Second Counterclaim for attorneys' fees for failure to file an appropriate motion, Defendant is still entitled to file a separate action for attorneys' fees pursuant to 20 U.S.C. § 1415(i)(3)(B).